No. 172. THE COLORADO & SOUTHERN RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the District Court of the United States for the District of Colorado. October 24, 1910. Dismissed on authority of counsel for plaintiff in error, on motion of *Mr. Attorney General Wickersham* for the defendant in error. *Mr. E. E. Whitted* for plaintiff in error. *The Attorney General* for defendant in error.

---

No. 740. JULIO BUSTOS, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Supreme Court of the Philippine Islands. October 24, 1910. Docketed and dismissed, on motion of *Mr. Attorney General Wickersham* for the defendant in error. No one opposing.

---

No. 368. SAN ANTONIO & ARANSAS PASS RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF TEXAS. In error to the Court of Civil Appeals for the Third Supreme Judicial District of the State of Texas. October 25, 1910. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. A. W. Houston* for plaintiff in error. No appearance for defendant in error.